# United States District Court
# For The Western District of North Carolina
# Statesville Division

JONATHAN HENSLEE,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:11CV50-3-RJC

ALVIN KELLER, JR. AND
KEITH WHITENER,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2011, Order.

                                        Signed: May 10, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court